No. 5870.—RUSSELL & Co., SUCRS., S. EN C., aplte., *v.* GALLARDO, TESORERO DE PUERTO RICO, apldo.—C. D. San Juan. ▬▬▬▬▬▬
▬▬▬▬▬▬ Noviembre 16, 1933.

Por los motivos expresados en la opinión emitida en el día de

hoy en el caso No. 5869, *Horace Havemeyer, etc.*, v. *Manuel V. Domenech, Tesorero,* se revoca la sentencia apelada que dictó la Corte de Distrito de San Juan en 6 de mayo de 1931, en tanto en cuanto se refiere a la finca El Tuque y a las 100 cuerdas de la finca La Reparadà mencionadas en dicha opinión, y se condena al demandado a que devuelva a los demandantes $89.06 pagados bajo protesta sobre la finca El Tuque, y $235 de las contribuciones pagadas bajo protesta sobre la finca La Reparada por el año fiscal 1928–29, y se confirma en todo lo demás dicha sentencia, sin especial condenación de costas.